IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY BRATCHER                                                                               PETITIONER
ADC #116373

V.                                            NO. 5:06CV00284 JMM

LARRY NORRIS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

Petitioner has filed a motion to voluntarily dismiss his 28 U.S.C. § 2254 petition for writ of habeas corpus because he "got way ahead of [himself] on this thing" and wishes "to pursue this matter at a later date" (docket entry #4).  There is no opposition.

The motion is, therefore, granted, and this petition is hereby dismissed in its entirety without prejudice.

IT IS SO ORDERED this 5th day of December, 2006.


UNITED STATES DISTRICT JUDGE