IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY BRATCHER                                                                    PETITIONER
ADC #116373

V.                              NO. 5:06CV00284 JMM

LARRY NORRIS, Director,                                                           RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety without prejudice.

IT IS SO ORDERED this 5th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE